## KOFI A. DWINFOUR *v.* DAPHNE A. BOLDEN
### (AC 30821)

Flynn, C. J., and Harper and Alvord, Js.

Argued January 19—officially released February 9, 2010

Per Curiam. The judgment is affirmed.

## WILLIAM BAGGARLY *v.* DAVID PARADIS
### (AC 30468)

DiPentima, Gruendel and Robinson, Js.

Submitted on briefs January 8—officially released February 9, 2010

Per Curiam. The judgment is affirmed.

## RODNEY CROSBY *v.* COMMISSIONER OF CORRECTION
### (AC 30525)

DiPentima, Alvord and Hennessy, Js.

Submitted on briefs February 4—officially released March 9, 2010

Per Curiam. The judgment is affirmed.